# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

JUDGE: Hon. Dee Benson

COURT REPORTER: Ed Young
COURTROOM DEPUTY: Ron Black
INTERPRETER: N/A

CASE NO. 1:10-cr-00182 DB

USA v Guadalupe Valenzuela

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Christian S. Nafzger
Dft     Jeffrey E. Borwnson

DATE: 4/19/2011

MATTER SET: Sentencing

DOCKET ENTRY:

Dft present with cnsl and in custody. Stmts made by cnsl, dft & Govt. Crt Adjudges:
**Sentence:**
Dft placed in the custody of the B.O.P for 168 months. Supervised release 60 months. Standard and special conditions of release. Special condition: 1. The defendant shall not reenter the United States illegally. In the event that the defendant should be released from confinement without being deported, he shall contact the United States Probation Office in the district of release within 72 hours of release. If the defendant returns to the United States during the period of supervision after being deported, he is instructed to contact the United States Probation Office in the District of Utah within 72 hours of his arrival in the United States. Fine of $500.00 payable through the Bureau of Prisons' Inmate Financial Responsibility Program while incarcerated and the USPO following release from imprisonment. Special assessment fee of $100.00, payable forthwith. The defendant shall forfeit to the United States: At least $2,000,000 in United States currency and all interest and proceeds traceable thereto. ` The Court informs the dft of his right to appeal within 14 days of entry of judgment. The dft is remanded to the custody of the USMS.