Guadalupe Valenzuela
_____
Name and Prisoner/Booking Number

Victorville FCI II
_____
Place of Confinement

P.O. Box 3850
_____
Mailing Address

Adelanto, CA 92301
_____
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

U.S. COURTS
JUL 3 0 2012
Rcvd_____Filed_____Time
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

United States of America,

Plaintiff,

vs.

Guadalupe Valenzuela
_____,
(Full name of Movant. Include the name under
which you were convicted.)

_____

Defendant/Movant.

No. CR ___1:10-cr-00182-002 DB___
(Enter your criminal case number)

No. CV _____
(To be supplied by the Clerk)

**MOTION UNDER 28 U.S.C. § 2255
TO VACATE, SET ASIDE OR
CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   Elizbeth A. Smith, CLERK District of IDAHO; Washington Group Plaza I.V.,
   Suite 600; 800 East Park Boulevard; Boise, IDAHO 83712-9903

   (b) Criminal docket or case number: ___1:10-cr-00182-002 DB___

2. Date of judgment of conviction: ___04-20-11___

3. In this case, were you convicted on more than one count or crime?    Yes ☐    No ☒

4. Identify all counts and crimes for which you were convicted and sentenced in this case: ___
   Conspiracy to Distribute Methamphetamine

   Sentenced to 168 months

Revised 3/9/07

1

**510**

5.  Length of sentence for each count or crime for which you were convicted in this case: _____
    _____ 168 Months
    _____
    _____

6.  (a)  What was your plea?
    Not guilty                                        ☐
    Guilty                                            ☒
    Nolo contendere (no contest)                      ☐

    (b)  If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge,
    give details: _____
    _____
    _____
    _____
    _____
    _____

    (c)  If you went to trial, what kind of trial did you have?  (Check one)     Jury ☐       Judge only ☐

7.  Did you appeal from the judgment of conviction?        Yes ☐        No ☒

    If yes, answer the following:

    (a)  Date you filed: _____

    (b)  Docket or case number: _____

    (c)  Result: _____

    (d)  Date of result: _____

    (e)  Grounds raised: _____
    _____
    _____
    _____
    _____

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

8.  Did you file a petition for certiorari in the United States Supreme Court?        Yes ☐        No ☒

    If yes, answer the following:

    (a)  Date you filed: _____

(b) Docket or case number: _____

(c) Result: _____

(d) Date of result: _____

(e) Grounds raised: _____

_____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

9. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any court?       Yes ☐       No ☒

If yes, answer the following:

(a) First petition, application or motion.

(1) Date you filed: _____

(2) Name of court: _____

(3) Nature of the proceeding: _____

(4) Docket or case number: _____

(5) Result: _____

(6) Date of result: _____

(7) Grounds raised: _____

_____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b) Second petition, application or motion.

(1) Date you filed: _____

(2) Name of court: _____

(3) Nature of the proceeding: _____

(4) Docket or case number: _____

(5) Result: _____

(6) Date of result: _____

(7) Grounds raised: _____

_____

_____

_____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(c)  Did you appeal the action taken on your petition, application or motion?

   (1) First petition:      Yes ☐        No ☒

   (2) Second petition:   Yes ☐        No ☒

(d)  If you did not appeal from the action your petition, application or motion, explain why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.  For this motion, beginning on the next page, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States**.  Attach additional pages if you have more than four grounds.  State the <u>facts</u> supporting each ground.

   <u>**CAUTION**</u>:  <u>If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

**GROUND ONE**:   Application of Sentencing Guidelines.  Court should consider "relevant conduct" in determining a sentence pursuant to USSG §5K1.1 or pursuant to 18 USC 3553.  The Court will identify factors as Acceptance of responsibility, injury, or danger to Movant family.

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

The Court must consider the MOVANT acceptance of responsibility for the offense.

The Movant should be entitled to three or four levels reduction in his offense level under USSG § 3E1.1(a).

The Court must consider the United States Sentencing Guidelines in determining an appropriate sentence under 18 U.S.C. § 3553.

The Movant qualifies for a decrease of Offense level under § 3E1.1(a) if the following criteria are met:
   1) The offense level is 16 or greater
   2) Acceptance of responsibility

The court is not bound by plea agreement but should take in to consideration the Movant substantial assistance, put his family at risk and his safety should count for something,  at least a four level reduction.  Movant prays court will consider Movant's Motion.

(b)  Did you present the issue raised in Ground One to the court of appeals?      Yes ☐      No ☒

(c)  If you did not raise this issue in a direct appeal, explain why:  Movant didn't have knowledge of how to do motions, appeals, and counsel never advised Movant of his rights; Movant doesn't understand English.

**GROUND TWO:** Aggravating Role under § 3B1.1   Movant was not an organizer or leader.   Movant shouldn't have received a four level enhancement.

(a) Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

1) Movant excepted responsibility for his actions in this case

2) Movant provided truthful and complete information to Government and its agencies concerning the Movant role and all involved.

3) Substantial Assistance Determination if the court determines Movant cooperation amounts to substantial assistance.  The Court should depart from the applicable sentencing range pursuant to USSG § 5K1.1 or any mandatory sentence pursuant to 18 U.S.C. § 3553(e)

4) Movant was not an organizer or leader of criminal activity that involved five or more participants.  Movant was a drug user trying to support his habit by selling drugs.

Movant was a follower; not a leader

Movant was an addict

(b) Did you present the issue raised in Ground Two to the court of appeals?        Yes ☐        No ☒

(c) If you did not raise this issue in a direct appeal, explain why:  Movant had ineffective assistance of counsel.  He was not advised that he could challenge counsel agreeing to a four level enhancement.

Movant alleges that he would have received a lower sentence; Movant doesn't understand English.

**GROUND THREE**: _____

_____

_____

_____

_____

(a)  Supporting FACTS (Do not argue or cite law.  Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(b)  Did you present the issue raised in Ground Three to the court of appeals?        Yes ☐        No ☐

(c)  If you did not raise this issue in a direct appeal, explain why: _____

_____

_____

_____

_____

_____

_____

7

**Please answer these additional questions about this motion:**

13.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging?        Yes ☐        No ☒

If yes, give the date of filing, the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: _____

_____

_____

_____

14.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment you are challenging?        Yes ☐        No ☒

If yes, answer the following:

(a)  Name and location of the court that imposed the sentence to be served in the future: _____

_____

(b)  Date the sentence was imposed: _____

(c)  Length of the sentence: _____

(d)  Have you filed, or do you plan to file, any motion, petition or application that challenges the judgment or sentence to be served in the future?        Yes ☐        No ☐

15.  TIMELINESS OF MOTION: If your judgment of conviction challenged in this motion became final more than one year ago, you must explain why the one-year statute of limitations in 28 U.S.C. § 2255 does not bar your motion.*          N A _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*Section 2255 provides in part that:

A 1-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of —

(1)  the date on which the judgment of conviction becomes final;

9

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

16. Movant asks that the Court grant the following relief: <u>Motion Under 28 U.S.C. § 2255</u>
<u>to Correct Sentence</u>

<u>Motion For Relief</u>

or any other relief to which Movant may be entitled. (Money damages are not available in § 2255 cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>7 — 23 — 1 2</u> (month, day, year)

<u>Gundalupe Valenzuela.</u>
**Signature of Movant**

_____     _____
Signature of attorney, if any                        Date

10