# UNITED STATES DISTRICT COURT
for the

District of Idaho

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GUADALUPE VALENZUELA | ) | Case No: 1:10-cr-00182-BLW |
| | ) | USM No: 13573-023 |
| Date of Original Judgment: 04/19/2011 | ) | |
| Date of Previous Amended Judgment: | ) | Mr. Jeffrey E. Brownson |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   168   months **is reduced to**   151   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   04/19/2011   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   08/05/2015

*Judge's signature*

Effective Date:   11/01/2015

B. Lynn Winmill, United States District Judge

*(if different from order date)*   *Printed name and title*